UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

               Plaintiff,

          v.

TINA M. STANFORD, ESQ., in her official Capacity as Chairwoman of the New York Board of Parole; ANTHONY ANNUCCI, in his official Capacity as Acting Commissioner of the Department of Corrections and Community Supervision,

               Defendants.

No. 23-cv-1827 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On February 25, 2023, Plaintiff John Doe initiated this action challenging the terms of his supervised release and seeking to proceed under a pseudonym, filing under seal a memorandum of law in support of his application to file pseudonymously. *ABC v. DEF*, No. 23-mc-49 (S.D.N.Y. Feb. 25, 2023). On February 27, 2023, Judge Oetken, as Part I Judge, approved Plaintiff's request to proceed under a pseudonym and to file under seal exhibits referencing his proper name, home address, child's medical condition and other identifying information. The Complaint was subsequently filed on this docket on March 2, 2023, along with several exhibits under seal. To date, Plaintiff has not obtained a summons or served the Complaint.

    No later than May 1, 2023, Plaintiff shall provide on the public docket his reasoning as to why: (1) under the standard set forth in *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185 (2d Cir. 2008), the Court should permit Plaintiff to maintain this action under a pseudonym, and (2)

the sealing of certain exhibits to his Complaint is justified under the standard set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (119-20) (2d Cir. 2006). Plaintiff may continue to utilize the pseudonym for the purposes of this application. Within 14 days of service of the summons and Complaint, Defendants shall file a response to Plaintiff's application to proceed pseudonymously and file certain exhibits under seal. Plaintiff shall file a reply, if any, no later than one week thereafter.

SO ORDERED.

Dated:  April 24, 2023
        New York, New York

Hon. Ronnie Abrams
United States District Judge