THE LAW OFFICES OF
# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

## MEMO ENDORSED

**August 23, 2023**

Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

As explained on pages 7-8 of the Court's August 7, 2023 order (docket entry no. 30), Plaintiff's request to proceed anonymously is denied, and Plaintiff must file all materials in this case on the public docket. However, Plaintiff is permitted to redact from his public filings any portions of documents that refer to the categories of sensitive information set out in Federal Rule of Civil Procedure 5.2. Plaintiff is also permitted to make further redaction requests by (1) providing the Court with full electronic copies of the exhibits which he seeks to file under seal, (2) indicating with colored highlighting which portions of those exhibits he seeks to redact from the public filings, and (3) providing a specific explanation for the requested redactions. The deadline for Plaintiff to make such public filings and redaction requests is hereby extended to September 5, 2023. DE 31 is resolved. SO ORDERED./s/ Laura Taylor Swain
Chief USDJ 8/29/2023

RE: Doe v. Stanford et. al.
23-CV-01827 LTS
Request for Clarification and Extension of Time
Request 1

Your Honor:

I regret that my first letter to the Court is a request; and that my response to an order is tardy. My apologies, for this is not my manner, I had been a homicide trial for most of the summer and begin hearings in another tomorrow.

I have conferred with my adversary and there is no objection to my request.

I seek clarification on the order reflected in Document 30 (attached), so that I may attend to the direction of the Court.

The order reads "Motion to proceed anonymously is denied. Plaintiff shall refile his materials in this case (except for the exhibits referred to in the following sentence) on the public docket using his full name within 7 days of the entry of this Order... There is no following sentence and thus my request for clarification. I have reviewed the Court's individual practice rules and Federal Rule of Civil Procedure 5.2. Is there further direction?

My second request is that I may have all filed by Monday, as I am in hearings again in another homicide beginning tomorrow.

Assistant Attorney General Daniel Kirschbaum and I are working diligently together and we hope to have a logical resolve. I look forward to your direction.

Most respectfully,

Stacey Richman

Enclosure

cc:
AAG Daniel Kirschbaum, via ECF and email Daniel.Kirschbaum@ag.ny.gov
Courtesy Copy:  SwainNYSDCorresp@nysd.uscourts.gov (per  Individual Court Rules: A.1.f )

Activity in Case 1:23-cv-01827-LTS Doe v. Stanford et al. Order

NYSD_ECF_Pool@nysd.uscourts.gov
Mon 8/7/2023 4:09 PM
To:CourtMail@nysd.uscourts.gov <CourtMail@nysd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 8/7/2023 at 4:09 PM EDT and filed on 8/7/2023

**Case Name:**        Doe v. Stanford et al.
**Case Number:**      1:23-cv-01827-LTS
**Filer:**
**Document Number:** 30

**Docket Text:**
**ORDER: The Motion to proceed anonymously is denied. Plaintiff shall refile his materials in this case (except for the exhibits referred to in the following sentence) on the public docket using his full name within 7 days of the entry of this Order. With 14 days of the entry of this Order, Plaintiff shall submit his request for approval of redactions from certain exhibits and for sealing of unredacted versions of the exhibits, as set forth above. Docket entry no. 18 is resolved. SO ORDERED. (Signed by Judge Laura Taylor Swain on 8/7/2023) (vfr)**

**1:23-cv-01827-LTS Notice has been electronically mailed to:**

Stacey Gayle Richman      srichmanlaw@msn.com

Daniel Shay Kirschbaum      Daniel.Kirschbaum@ag.ny.gov

Amanda Yoon      Amanda.Yoon@ag.ny.gov, OAGLitH@ag.ny.gov

**1:23-cv-01827-LTS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=8/7/2023] [FileNumber=29907367-0