UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SANFORD COHEN,

        Plaintiff,

  -v-                                    No.   23-CV-1827-LTS

DARRYL C. TOWNS, in his official capacity as Chairman of the New York Board of Parole; DANIEL F. MARTUSCELLO, in his official capacity as Acting Commissioner of the Department of Corrections and Community Supervision,

        Defendants.

-------------------------------------------------------x

## Order

        Plaintiff has filed an Amended Complaint, entered at docket entry number no. 41. The Clerk of Court is accordingly directed to terminate Defendants' Motion to Dismiss the Complaint (docket entry no. 34), without prejudice to renewal as against the Amended Complaint.

SO ORDERED.

Dated: New York, New York
      November 21, 2023

                                                    /s/   Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 Chief United States District Judge