UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

SANFORD COHEN,

       Plaintiff,

   -v-                                  No.   23-CV-1827-LTS

DARRYL C. TOWNS, in his official capacity
as Chairman of the New York Board of
Parole; DANIEL F. MARTUSCELLO, in his
official capacity as Acting Commissioner of
the Department of Corrections and
Community Supervision,

       Defendants.

--------------------------------------------------------x

ORDER

      Defendants' Motion to Dismiss (docket entry nos. 47-49) the Amended

Complaint (docket entry no. 46) is pending before the Court.  Both parties' submissions include

references to New York State Department of Corrections and Community Supervision Directives

that do not appear to be publicly available.

      The parties are hereby directed to meet and confer and to file, no later than

**February 8, 2024,** a joint submission providing complete copies of all of the New York State

Department of Corrections and Community Supervision Directives referenced in the parties'

argumentation on the Motion.

SO ORDERED.

Dated: New York, New York
      January 26, 2024

                                    /s/   Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge