UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SANFORD COHEN,

       Plaintiff,

  -v-                                     No.   23-CV-1827-LTS

DARRYL C. TOWNS, in his official capacity as Chairman of the New York Board of Parole; DANIEL F. MARTUSCELLO, in his official capacity as Acting Commissioner of the Department of Corrections and Community Supervision,

       Defendants.

-------------------------------------------------------x

## ORDER

Plaintiff's motion for preliminary injunction (docket entry nos. 61-65) is pending before the Court. Briefing is hereby ordered to proceed in accordance with S.D.N.Y. Local Civil Rule 6.1, after which time the motion will be taken under advisement, unless the Court notifies counsel that oral argument or a hearing will be required.

SO ORDERED.

Dated: New York, New York
      March 6, 2024

                                                            /s/   Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge