UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SANFORD COHEN,

       Plaintiff,

  -v-                                                                       No.   23-CV-1827-LTS-SDA

DARRYL C. TOWNS, in his official capacity
as Chairman of the New York Board of
Parole; DANIEL F. MARTUSCELLO, in his
official capacity as Acting Commissioner of
the Department of Corrections and
Community Supervision,

       Defendants.

-------------------------------------------------------x

## Order

       Plaintiff has filed a second amended complaint, entered at docket entry no. 90. The Clerk of Court is accordingly directed to terminate Defendants' motion to dismiss the first amended complaint (docket entry no. 47), without prejudice to renewal as against the second amended complaint.

SO ORDERED.

Dated: New York, New York
       September 13, 2024

                                                          /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge