UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SANFORD COHEN,

       Plaintiff,

  -v-                                  No.  23-CV-1827-LTS-SDA

DARRYL C. TOWNS, in his official capacity
as Chairman of the New York Board of
Parole, et al.,

       Defendants.

-------------------------------------------------------x

### ORDER

Plaintiff's second motion for preliminary injunction (docket entry nos. 110-114) is pending before the Court. Defendants' opposition papers must be filed by **February 11, 2025**, and Plaintiff's reply papers, if any, must be filed by **February 18, 2025**, after which time the motion will be taken under advisement, unless the Court notifies counsel that oral argument or a hearing will be required.

SO ORDERED.

Dated: New York, New York
       January 27, 2025

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge