UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SANFORD COHEN,

        Plaintiff,

  -v-                                      No.  23-CV-1827-LTS-SDA

DARRYL C. TOWNS, in his individual and
official capacity as Chairman of the New
York Board of Parole et al.,

        Defendants.

-------------------------------------------------------x

## Order

        Pending before the Court is Plaintiff's application for an order to show cause for a preliminary injunction with a temporary restraining order. (Docket entry nos. 142-43.)

        Counsel for the parties are hereby advised that the Court will hear Plaintiff's application for an order to show cause tomorrow, **April 7, 2025, at 3:30 PM in Courtroom 17C**.

        Counsel are directed to meet and confer in advance of the hearing in an effort to resolve consensually the issues raised in the application.

SO ORDERED.

Dated: New York, New York
       April 6, 2025

                                                                   /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge