UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sanford Cohen,

                Plaintiff,

-against-

Darryl C. Towns, in his official capacity as Chairman of the New York Board of Parole et al.,

                Defendants.

1:23-cv-01827 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby ORDERED that, no later than June 5, 2025, the parties shall file a joint letter indicating whether both sides would like to participate in a settlement conference and, if so, providing at least four proposed dates for such conference to occur.

**SO ORDERED.**

Dated:     New York, New York
           May 23, 2025

_____
STEWART D. AARON
United States Magistrate Judge