UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SANFORD COHEN,

        Plaintiff,

 -v-                                                   No.  1:23-CV-01827-LTS-SDA

DARRYL C. TOWNS, in his official capacity
as Chairman of the New York Board of
Parole, et al.,

        Defendants.

-------------------------------------------------------x

## Order

On July 31, 2025, the parties in this action filed a joint stipulation of settlement, general release, and order of dismissal. (Docket entry no. 166 ("Joint Stipulation").) The instant action was, however, dismissed without prejudice to restoration on July 7, 2025. (Docket entry no. 165 ("60-Day Order").)

As stated in the Court's 60-Day Order, if the parties wish the Court retain jurisdiction in this matter to enforce the terms of any settlement or release, the parties must make a letter application to restore the action by September 5, 2025. (See 60-Day Order.) As no such application was filed in connection with the Joint Stipulation, the Court does not have jurisdiction to so-order the Joint Stipulation. See Hendrickson v. United States, 791 F.3d 354, 360-61 (2d Cir. 2015); accord Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375 (1994).

Should the parties wish the Court to so-order the Joint Stipulation and retain jurisdiction to enforce the terms therein, the parties are again reminded that an application to restore the instant action must first be filed.

    SO ORDERED.

Dated: New York, New York
      August 1, 2025

        /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      Chief United States District Judge