# MEMO ENDORSED



**Office of the New York State Attorney General**

**Letitia James
Attorney General**

August 1, 2025

<u>**VIA ECF**</u>
Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007

Re:   <u>Cohen v. Towns</u>, No. 23 Civ. 1827 (LTS)

Dear Judge Swain:

This Office represents the Defendants in the above-referenced action.  Please accept this letter, pursuant to your Order of today (Dkt. No. 167) as the Parties' joint letter application to the Court, respectfully requesting that the Court restore this action to active status, endorse the Parties' previously filed stipulation of settlement (Dkt. No. 166), and retain jurisdiction to enforce the terms therein.

The Parties appreciate the Court's attention to this matter.

Respectfully submitted,

<u>/s/  Daniel S. Kirschbaum</u>
Daniel S. Kirschbaum
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York  10005
Daniel.Kirschbaum@ag.ny.gov
(212) 416-8244

The foregoing application is granted.
SO ORDERED.
August 5, 2025
/s/ Laura Taylor Swain, Chief USDJ